**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Rusty A. Martineau <br> <u>Debtor(s)</u> | CHAPTER 13 <br><br> BKY. NO. 17-10978 TPA |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Cenlar FSB as Servicer for LoanDepot.com, LLC and index same on the master mailing list.

                  Respectfully submitted,

                  **/s/ James C. Warmbrodt, Esquire**
                  James C. Warmbrodt, Esquire
                  jwarmbrodt@kmllawgroup.com
                  Attorney I.D. No. 42524
                  KML Law Group, P.C.
                  701 Market Street, Suite 5000
                  Philadelphia, PA 19106
                  Phone: (215)-627-1322


                  Attorney for Movant/Applicant