Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Rusty A. Martineau**
Debtor(s)

Bankruptcy Case No.: 17–10978–TPA
Per March 13, 2018 proceeding
Chapter: 13
Docket No.: 28 – 2, 21
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated September 14, 2017 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☒ A. For the remainder of the Plan term, the periodic Plan payment is amended to be $1660.00 as of March 2018. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B. The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C. Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F. shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☒ G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: LoanDepot (Claim No. 14); Wells Fargo (Claim No. 6) .

☐ H. Additional Terms:

*(2.)*  ***IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:***

**A.**  **Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.**  **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.**  **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.**  **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.**  **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)* **IT IS FURTHER ORDERED THAT:**

**A.**     After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**     Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**     Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.**     Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**     The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.**     In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Dated: March 15, 2018

cc:  All Parties in Interest to be served by Clerk in seven (7) days

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                          Case No. 17-10978-TPA
Rusty A. Martineau                                              Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-1         User: lmar                   Page 1 of 2             Date Rcvd: Mar 15, 2018
                             Form ID: 149                 Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 17, 2018.
db             +Rusty A. Martineau,    917 Aris Drive,    Erie, PA 16505-1207
14694533       +Aes/chase Bank,    Pob 61047,    Harrisburg, PA 17106-1047
14694535       +Capital One,    Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
14736799        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14694538       +Citibank/Best Buy,    Citicorp/Centralized Bankruptcy,    Po Box 790040,
                 Saint Louis, MO 63179-0040
14694539       +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 S Louis, MO 63179-0040
14694540       +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    Po Box 790040,
                 Saint Louis, MO 63179-0040
14769744       +LoanDepot.com, LLC,    c/o Cenlar FSB,    425 Phillips Boulevard,    Ewing, NJ 08618-1430
14694547        Usaa Savings Bank,    Po Box 47504,    San Antonio, TX 78265
14727620        Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA    50306-0438
14694548       +Wffnatbank,    Po Box 94498,    Las Vegas, NV 89193-4498

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 16 2018 01:43:53
                 Capital One Auto Finance, a division of Capital On,    c/o AIS Portfolio Services, LP,
                 4515 N. Santa Fe Ave.,    Dept. APS,    Oklahoma City, OK 73118-7901
14705980        E-mail/Text: ally@ebn.phinsolutions.com Mar 16 2018 01:40:21      Ally Bank,    PO Box 130424,
                 Roseville MN 55113-0004
14694534       +E-mail/Text: ally@ebn.phinsolutions.com Mar 16 2018 01:40:21      Ally Financial,
                 Attn: Bankruptcy,    Po Box 380901,    Bloomington, MN 55438-0901
14694536       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Mar 16 2018 01:43:34
                 Capital One Auto Finance,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
14695774       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 16 2018 01:43:34
                 Capital One Auto Finance,    c/o AIS Portfolio Services, LP f/k/a AIS,
                 4515 N. Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14694537       +E-mail/Text: bankruptcy@cavps.com Mar 16 2018 01:40:57      Cavalry Portfolio Services,
                 Attn: Bankruptcy Department,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
14737346       +E-mail/Text: bankruptcy@cavps.com Mar 16 2018 01:40:57      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
14694541       +E-mail/PDF: pa_dc_ed@navient.com Mar 16 2018 01:36:36      Dept Of Ed/Navient,
                 Attn: Claims Dept,    P.O. Box 9635,    Wilkes Barr, PA 18773-9635
14699405        E-mail/Text: mrdiscen@discover.com Mar 16 2018 01:40:21      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
14694542       +E-mail/Text: mrdiscen@discover.com Mar 16 2018 01:40:21      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
14694543       +E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Mar 16 2018 01:41:17
                 Jh Portfolio Debt Equities LLc,    5757 Phantom Dr Ste 225,    Hazelwood, MO 63042-2429
14694544       +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 16 2018 01:40:23      Kohls/Capital One,
                 Kohls Credit,    Po Box 3043,    Milwaukee, WI 53201-3043
14694545       +E-mail/Text: bknotification@loandepot.com Mar 16 2018 01:41:13      Loandepot.com,
                 26642 Towne Centre Dr,    Foothill Ranch, CA 92610-2808
14736850       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 16 2018 01:40:42      MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14736814        E-mail/PDF: pa_dc_claims@navient.com Mar 16 2018 01:36:36
                 Navient Solutions, LLC. on behalf of,    Department of Education Loan Services,    PO BOX 9635,
                 Wilkes-Barre, PA 18773-9635
14694546       +E-mail/Text: bankruptcynotices@psecu.com Mar 16 2018 01:41:06      P S E C U,
                 Attention: Bankruptcy,    Po Box 67013,    Harrisburg, PA 17106-7013
14705644        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 16 2018 01:36:50
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14694807       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 16 2018 01:37:06
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14755265       +E-mail/Text: bankruptcynotices@psecu.com Mar 16 2018 01:41:06      PSECU,    PO BOX 67013,
                 HARRISBURG, PA 17106-7013
14765326        E-mail/Text: bnc-quantum@quantum3group.com Mar 16 2018 01:40:32
                 Quantum3 Group LLC as agent for,    Credit Corp Solutions Inc,    PO Box 788,
                 Kirkland, WA  98083-0788
14770059       +E-mail/Text: bncmail@w-legal.com Mar 16 2018 01:40:51      USAA SAVINGS BANK,
                 C/O Weinstein & Riley P.S.,    2001 Western Ave Ste. 400,    Seattle, WA 98121-3132
                                                                                               TOTAL: 21

                 ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              LoanDepot.com, LLC
cr*            +PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
14694549*      +Aes/chase Bank,    Pob 61047,    Harrisburg, PA 17106-1047
14694550*      +Ally Financial,    Attn: Bankruptcy,    Po Box 380901,    Bloomington, MN 55438-0901
14694551*      +Capital One,    Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
14694552*      +Capital One Auto Finance,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
```

```
District/off: 0315-1          User: lmar                 Page 2 of 2                  Date Rcvd: Mar 15, 2018
                              Form ID: 149               Total Noticed: 32


             ***** BYPASSED RECIPIENTS (continued) *****
14694553*       +Cavalry Portfolio Services,    Attn: Bankruptcy Department,    500 Summit Lake Ste 400,
                  Valhalla, NY 10595-2322
14694554*       +Citibank/Best Buy,    Citicorp/Centralized Bankruptcy,    Po Box 790040,
                  Saint Louis, MO 63179-0040
14694555*       +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                  S Louis, MO 63179-0040
14694556*       +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    Po Box 790040,
                  Saint Louis, MO 63179-0040
14694557*       +Dept Of Ed/Navient,    Attn: Claims Dept,    P.O. Box 9635,    Wilkes Barr, PA 18773-9635
14694558*       +Discover Financial,    Po Box 3025,    New Albany, OH 43054-3025
14694559*       +Jh Portfolio Debt Equities LLc,    5757 Phantom Dr Ste 225,    Hazelwood, MO 63042-2429
14694560*       +Kohls/Capital One,    Kohls Credit,    Po Box 3043,    Milwaukee, WI 53201-3043
14694561*       +Loandepot.com,    26642 Towne Centre Dr,    Foothill Ranch, CA 92610-2808
14694562*       +P S E C U,    Attention: Bankruptcy,    Po Box 67013,    Harrisburg, PA 17106-7013
14694563*        Usaa Savings Bank,    Po Box 47504,    San Antonio, TX 78265
14694564*       +Wffnatbank,    Po Box 94498,    Las Vegas, NV 89193-4498
                                                                                               TOTALS: 1, * 17, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2018 at the address(es) listed below:
              James    Warmbrodt    on behalf of Creditor    LoanDepot.com, LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rebeka   Seelinger    on behalf of Debtor Rusty A. Martineau rebeka@seelingerlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 4
```