IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: : | |
|    Rusty A. Martineau : | |
|       Debtor : | |
| : | Bankruptcy No. 17-10978 TPA |
| : | |
| Rusty A. Martineau : | |
|       Movant : | Chapter 13 |
| : | |
|       v. : | Related to Document Nos. 31, 32 |
| : | |
| Charter Communications, LLC : | |
| : | |

**CERTIFICATE OF SERVICE**

    I, Rebeka A. Seelinger, Esquire, certify under penalty of perjury that I served, or caused to be served, a copy of Local Form 11 Order to Pay Trustee Pursuant to Wage Attachment and Local Form 12 Notification of Debtor's Social Security Number, electronically or by regular United States mail to all interested parties.

**Office of the United States Trustee**
1001 Liberty Avenue Suite 970
Liberty Center
Pittsburgh PA 15222
ustpregion03.pi.ecf@usdoj.gov
(Via CM ECF)

**Ronda J. Winnecour, Trustee**
US Steel Tower Suite 3250
600 Grant Street
Pittsburgh PA 15219
cmecf@chapter13trusteewdpa.com
(Via CM ECF)

**Charter Communications, LLC**
7800 Crescent Executive Drive
Charlotte NC 28217
(Via US Mail)

EXECUTED ON: March 22, 2018

                                  By      /s/ Rebeka A. Seelinger  Esquire
                                            Rebeka A. Seelinger, Esquire
                                            Pa. I.D. #93897
                                            4640 Wolf Rd
                                            Erie, PA 16505
                                            (814)-824-6670/rebeka@seelingerlaw.com