# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | | |
|---|---|---|
| **In Re:** | : | **Bankruptcy Case No. 17-10978 -TPA** |
| | : | |
| **Rusty A. Martineau** | : | **Chapter 13** |
| *Debtor* | : | |
| | : | **Related to Claim No. N/A** |
| | : | |
| **LoanDepot.com, LLC** | : | |
| *Movant* | : | |
| | : | |
| | : | |
| **V.** | : | |
| | : | |
| **Rusty A. Martineau** | : | |
| **and Ronda J. Winnecour, Esq. Trustee** | : | |
| *Respondents* | : | |

## **DECLARATION**

**AND NOW**, this **30th day of March 2018,** upon consideration of the **NOTICE OF MORTGAGE PAYMENT CHANGE** filed by **LoanDepot.com, LLC** at **Claim** *No N/A*. in the above-captioned bankruptcy case, I certify that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt.

Dated: March 30, 2018

                                              By      /s/ Rebeka A. Seelinger, Esquire
                                                      Rebeka A. Seelinger, Esquire
                                                      Pa. I.D. #93897
                                                      4640 Wolf Rd
                                                      Erie, PA 16505
                                                      (814)-824-6670
                                                      E-Mail: rebeka@seelingerlaw.com