# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | | |
|---|---|---|
| In Re: | : | Bankruptcy Case No. 17-10978 -TPA |
| | : | |
| **Rusty A. Martineau** | : | Chapter 13 |
| *Debtor* | : | |
| | : | Related to Claim No. 14 |
| | : | |
| **LoanDepot.com, LLC** | : | |
| *Movant* | : | |
| | : | |
| | : | |
| V. | : | |
| | : | |
| **Rusty A. Martineau** | : | |
| **and Ronda J. Winnecour, Esq. Trustee** | : | |
| *Respondents* | : | |

## **DECLARATION**

**AND NOW**, this **11th day of December, 2018,** upon review of the **NOTICE OF MORTGAGE PAYMENT CHANGE** filed by **LoanDepot.com, LLC** at **Claim** *No. 14* in the above-captioned bankruptcy case, I certify that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt, namely payments of $1,060.13 effective January 1, 2019.


Dated: December 11, 2018

                       By     /s/ Rebeka A. Seelinger, Esquire
                               Rebeka A. Seelinger, Esquire
                               Pa. I.D. #93897
                               4640 Wolf Rd
                               Erie, PA 16505
                               (814)-824-6670
                               E-Mail: rebeka@seelingerlaw.com