Certificate Number: 14912-PAW-DE-035538469

Bankruptcy Case Number: 17-10978



14912-PAW-DE-035538469

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 5, 2021, at 9:34 o'clock PM EDT, Rusty Martineau completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  April 5, 2021    By:    /s/Jai Bhatt

Name:  Jai Bhatt

Title:  Counselor