IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re: Rusty A. Martineau

              Debtor

Movant     USAA Federal Savings Bank

           v.

Respondent (if none, then "No Respondent")

: Bankruptcy No. 17-10978-TPA
: Chapter 13
:
: Claim No. 15

## NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

    Creditor Name:  USAA Federal Savings Bank

    Incorrect Address:  C/O Weinstein & Riley, PS
            2001 Western Ave,
            Suite 400
            Seattle, WA 98121

Corrected Address:

    Creditor Name:  USAA Federal Savings Bank

    Correct Address: (Notices) Robertson, Anschutz, Schneid, Crane & Partners, PLLC
            10700 Abbott's Bridge Road, Suite 170
            Duluth, GA  30097
            Phone: 470-321-7112
            Credit Card Payment Processing- USAA Federal Saving Bank
            c/o Robertson, Anschutz, Schneid, Crane & Partners, PLLC
            PO Box 272410
            Boca Raton, FL  33427

Phone: 561-241-6901
Dated: 12/02/2021

                                          **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
                                          Attorney for Secured Creditor
                                          10700 Abbott's Bridge Rd., Suite 170
                                          Duluth, GA  30097
                                          Telephone: (470) 321-7112
                                          By: /s/ Charles G. Wohlrab
                                          Charles G. Wohlrab, Esquire
                                          PA Bar Number  314532
                                          Email: cwohlrab@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 8, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Rusty A. Martineau
917 Aris Drive
Erie, PA 16505

And via electronic mail to:

Rebeka Seelinger
4640 Wolf Road
Erie, PA 16505

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

By: /s/ Clyde Simmons