# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | | |
|---|---|---|
| **In Re:** | : | **Bankruptcy Case No. 17-10978 -JAD** |
| | : | |
| **Rusty A. Martineau** | : | **Chapter 13** |
| *Debtor* | : | |
| | : | **Related to Claim No. 14** |
| | : | |
| **LoanDepot.com, LLC** | : | |
| *Movant* | : | |
| | : | |
| | : | **Document No.** |
| **V.** | : | |
| | : | |
| **Rusty A. Martineau** | : | |
| **and Ronda J. Winnecour, Esq. Trustee** | : | |
| *Respondents* | : | |

## DECLARATION

Upon review of the **NOTICE OF MORTGAGE PAYMENT CHANGE** filed by **LoanDepot.com, LLC** at **Claim** *No. 14 in* the above-captioned bankruptcy case, I certify that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt, namely payments of $1,074.28 effective December 1, 2022.

Dated: October 4, 2022

                                 By     /s/ Rebeka A. Seelinger, Esquire
                                             Rebeka A. Seelinger, Esquire
                                             Pa. I.D. #93897
                                             4640 Wolf Rd
                                             Erie, PA 16505
                                             (814)-824-6670
                                             E-Mail: rebeka@seelingerlaw.com