**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Rusty A. Martineau**
   Debtor(s)

Bankruptcy Case No.: 17−10978−JAD

Chapter: 13
Docket No.: 59 − 58

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 26th of November, 2022, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, U.S. Courthouse, Room B160 17 South Park Row Erie, PA 16501 by 1/9/23.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **1/18/23 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **1/9/23.**

                                       Jeffery A. Deller
                                       United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-10978-JAD |
| Rusty A. Martineau | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Nov 28, 2022 | Form ID: 408 | Total Noticed: 35 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rusty A. Martineau, 917 Aris Drive, Erie, PA 16505-1207 |
| cr | + | USAA Federal Savings Bank, Weinstein & Riley, P.S., 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 15498602 | + | LoanDepot.com, LLC, P.O. Box 250009, Plano, TX 75025-0009 |
| 14694548 | + | Wffnatbank, Po Box 94498, Las Vegas, NV 89193-4498 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 28 2022 23:46:43 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 28 2022 23:47:17 | Capital One Auto Finance, a division of Capital On, c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave., Dept. APS, Oklahoma City, OK 73118-7901 |
| 14694533 | + | Email/Text: bncnotifications@pheaa.org | Nov 28 2022 23:44:00 | Aes/chase Bank, Pob 61047, Harrisburg, PA 17106-1047 |
| 14705980 | | Email/Text: ally@ebn.phinsolutions.com | Nov 28 2022 23:43:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14694534 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 28 2022 23:43:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 14694535 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 28 2022 23:47:02 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14695774 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 28 2022 23:47:04 | Capital One Auto Finance, c/o AIS Portfolio Services, LP f/k/a AIS, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14694536 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Nov 28 2022 23:47:18 | Capital One Auto Finance, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14736799 | | Email/PDF: bncnotices@becket-lee.com | Nov 28 2022 23:47:18 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14694537 | + | Email/Text: bankruptcy@cavps.com | Nov 28 2022 23:44:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 14737346 | + | Email/Text: bankruptcy@cavps.com | Nov 28 2022 23:44:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14694538 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 28 2022 23:57:36 | Citibank/Best Buy, Citicorp/Centralized Bankruptcy, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14694539 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 28 2022 23:57:31 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S |

Case 17-10978-JAD    Doc 60    Filed 11/30/22    Entered 12/01/22 00:25:18    Desc Imaged
                        Certificate of Notice    Page 3 of 4

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 28, 2022 | Form ID: 408 | Total Noticed: 35 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Louis, MO 63179-0040 |
| 14694540 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 28 2022 23:57:41 | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14694541 | + | Email/PDF: pa_dc_ed@navient.com | Nov 28 2022 23:46:43 | Dept Of Ed/Navient, Attn: Claims Dept, P.O. Box 9635, Wilkes Barr, PA 18773-9635 |
| 14699405 | | Email/Text: mrdiscen@discover.com | Nov 28 2022 23:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14694542 | + | Email/Text: mrdiscen@discover.com | Nov 28 2022 23:43:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14694543 | + | Email/Text: bknotificationdistribution@jhcapitalgroup.com | Nov 28 2022 23:44:00 | Jh Portfolio Debt Equities LLc, 5757 Phantom Dr Ste 225, Hazelwood, MO 63042-2429 |
| 14694544 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 28 2022 23:43:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14769744 | + | Email/Text: BKelectronicnotices@cenlar.com | Nov 28 2022 23:44:00 | LoanDepot.com, LLC, c/o Cenlar FSB, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 14694545 | + | Email/Text: bknotification@loandepot.com | Nov 28 2022 23:44:00 | Loandepot.com, 26642 Towne Centre Dr, Foothill Ranch, CA 92610-2808 |
| 14736850 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 28 2022 23:44:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14736814 | | Email/PDF: pa_dc_ed@navient.com | Nov 28 2022 23:46:43 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14694546 | + | Email/Text: bankruptcynotices@psecu.com | Nov 28 2022 23:44:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 14705644 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 28 2022 23:47:18 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14694807 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 28 2022 23:47:18 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14755265 | + | Email/Text: bankruptcynotices@psecu.com | Nov 28 2022 23:44:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 14765326 | | Email/Text: bnc-quantum@quantum3group.com | Nov 28 2022 23:44:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14770059 | + | Email/Text: RASEBN@raslg.com | Nov 28 2022 23:43:00 | USAA SAVINGS BANK, Robertson, Anschutz, Schneid, Crane, & Partners, PLLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14694547 | | Email/Text: bkelectronicnotices@usaa.com | Nov 28 2022 23:43:00 | Usaa Savings Bank, Po Box 47504, San Antonio, TX 78265 |
| 14727620 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 28 2022 23:47:17 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LoanDepot.com, LLC |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14694549 | *+ | Aes/chase Bank, Pob 61047, Harrisburg, PA 17106-1047 |
| 14694550 | *+ | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 14694551 | *+ | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14694552 | *+ | Capital One Auto Finance, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

| | | |
|---|---|---|
| 14694553 | *+ | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 14694554 | *+ | Citibank/Best Buy, Citicorp/Centralized Bankruptcy, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14694555 | *+ | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 14694556 | *+ | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14694557 | *+ | Dept Of Ed/Navient, Attn: Claims Dept, P.O. Box 9635, Wilkes Barr, PA 18773-9635 |
| 14694558 | *+ | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14694559 | *+ | Jh Portfolio Debt Equities LLc, 5757 Phantom Dr Ste 225, Hazelwood, MO 63042-2429 |
| 14694560 | *+ | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14694561 | *+ | Loandepot.com, 26642 Towne Centre Dr, Foothill Ranch, CA 92610-2808 |
| 14694562 | *+ | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 14694563 | * | Usaa Savings Bank, Po Box 47504, San Antonio, TX 78265 |
| 14694564 | *+ | Wffnatbank, Po Box 94498, Las Vegas, NV 89193-4498 |

TOTAL: 1 Undeliverable, 17 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 30, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LoanDepot.com LLC bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor USAA Federal Savings Bank cwohlrab@raslg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebeka Seelinger | on behalf of Debtor Rusty A. Martineau rebeka@seelingerlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5