**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>RUSTY A. MARTINEAU<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>        Movant<br>    vs.<br>No Respondents. | Case No.:17-10978 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

November 23, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/17/2017 and confirmed on 11/9/17. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 99,982.98 |
| Less Refunds to Debtor | 1,271.24 | |
| TOTAL AMOUNT OF PLAN FUND | | 98,711.74 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,500.00 | |
|   Trustee Fee | 4,440.64 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,940.64 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   LOANDEPOT.COM LLC | 0.00 | 64,808.80 | 0.00 | 64,808.80 |
|     Acct: 5007 | | | | |
|   LOANDEPOT.COM LLC | 3,288.53 | 3,288.53 | 0.00 | 3,288.53 |
|     Acct: 5007 | | | | |
|   WELLS FARGO FINANCIAL NATIONAL BAN | 3,411.58 | 3,411.58 | 0.00 | 3,411.58 |
|     Acct: 5503 | | | | |
|   ALLY BANK(*) | 0.00 | 17,077.56 | 0.00 | 17,077.56 |
|     Acct: 6052 | | | | |
|   CAPITAL ONE AUTO FINANCE** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5214 | | | | |
| | | | | 88,586.47 |
| **Priority** | | | | |
|   REBEKA A SEELINGER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RUSTY A. MARTINEAU | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RUSTY A. MARTINEAU | 766.15 | 766.15 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RUSTY A. MARTINEAU | 505.09 | 505.09 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SEELINGER LAW CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   REBEKA A SEELINGER ESQ | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0010 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 4,229.32 | 310.31 | 0.00 | 310.31 |
|     Acct: 7341 | | | | |
|   CAPITAL ONE AUTO FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1001 | | | | |
|   CAVALRY SPV II LLC* - ASSIGNEE | 1,039.40 | 76.26 | 0.00 | 76.26 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 1821 | | | | |
| | MIDLAND FUNDING LLC | 1,049.19 | 76.98 | 0.00 | 76.98 |
| | Acct: 8100 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 184.65 | 13.55 | 0.00 | 13.55 |
| | Acct: 8001 | | | | |
| | CITIBANK NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7549 | | | | |
| | NAVIENT SOLUTIONS LLC O/B/O US DEPA | 4,033.58 | 295.94 | 0.00 | 295.94 |
| | Acct: 6017 | | | | |
| | DISCOVER BANK(*) | 4,668.45 | 342.52 | 0.00 | 342.52 |
| | Acct: 3282 | | | | |
| | JH PORTFOLIO DEBT EQUITIES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2387 | | | | |
| | CAPITAL ONE NA** | 80.12 | 5.88 | 0.00 | 5.88 |
| | Acct: 5400 | | | | |
| | PA STATE EMPLOYEES CU/PSECU | 4,854.49 | 356.17 | 0.00 | 356.17 |
| | Acct: 6017 | | | | |
| | USAA FEDERAL SAVINGS BANK | 5,901.29 | 432.98 | 0.00 | 432.98 |
| | Acct: 4640 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 2,892.52 | 212.22 | 0.00 | 212.22 |
| | Acct: 9272 | | | | |
| | QUANTUM3 GROUP LLC AGNT-CREDIT C | 842.61 | 61.82 | 0.00 | 61.82 |
| | Acct: 0544 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9272 | | | | |
| | AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | HOLLY MARTINEAU | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 2,184.63 |

| | | |
|---|---|---:|
| TOTAL PAID TO CREDITORS | | 90,771.10 |

TOTAL CLAIMED
PRIORITY         0.00
SECURED      6,700.11
UNSECURED   29,775.62

Date: 11/23/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    RUSTY A. MARTINEAU

        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:17-10978 JAD

Chapter 13

Document No.:

## ORDER OF COURT

AND NOW, this _____ day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re: Case No. 17-10978-JAD
Rusty A. Martineau Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1 User: auto Page 1 of 3
Date Rcvd: Nov 28, 2022 Form ID: pdf900 Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rusty A. Martineau, 917 Aris Drive, Erie, PA 16505-1207 |
| cr | + | USAA Federal Savings Bank, Weinstein & Riley, P.S., 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 15498602 | + | LoanDepot.com, LLC, P.O. Box 250009, Plano, TX 75025-0009 |
| 14694548 | + | Wffnatbank, Po Box 94498, Las Vegas, NV 89193-4498 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 28 2022 23:47:04 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 28 2022 23:46:43 | Capital One Auto Finance, a division of Capital On, c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave., Dept. APS, Oklahoma City, OK 73118-7901 |
| 14694533 | + | Email/Text: bncnotifications@pheaa.org | Nov 28 2022 23:44:00 | Aes/chase Bank, Pob 61047, Harrisburg, PA 17106-1047 |
| 14705980 | | Email/Text: ally@ebn.phinsolutions.com | Nov 28 2022 23:43:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14694534 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 28 2022 23:43:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 14694535 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 28 2022 23:46:35 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14695774 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 28 2022 23:47:17 | Capital One Auto Finance, c/o AIS Portfolio Services, LP f/k/a AIS, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14694536 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Nov 28 2022 23:57:30 | Capital One Auto Finance, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14736799 | | Email/PDF: bncnotices@becket-lee.com | Nov 28 2022 23:47:06 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14694537 | + | Email/Text: bankruptcy@cavps.com | Nov 28 2022 23:44:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 14737346 | + | Email/Text: bankruptcy@cavps.com | Nov 28 2022 23:44:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14694538 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 28 2022 23:57:41 | Citibank/Best Buy, Citicorp/Centralized Bankruptcy, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14694539 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 28 2022 23:57:37 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S |

Case 17-10978-JAD   Doc 61   Filed 11/30/22   Entered 12/01/22 00:25:18   Desc Imaged
                    Certificate of Notice    Page 6 of 7

| District/off: 0315-1 | User: auto | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Nov 28, 2022 | Form ID: pdf900 | Total Noticed: 35 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | | Louis, MO 63179-0040 |
| 14694540 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 28 2022 23:47:19 | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14694541 | + | Email/PDF: pa_dc_ed@navient.com | Nov 28 2022 23:46:43 | Dept Of Ed/Navient, Attn: Claims Dept, P.O. Box 9635, Wilkes Barr, PA 18773-9635 |
| 14699405 | | Email/Text: mrdiscen@discover.com | Nov 28 2022 23:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14694542 | + | Email/Text: mrdiscen@discover.com | Nov 28 2022 23:43:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14694543 | + | Email/Text: bknotificationdistribution@jhcapitalgroup.com | Nov 28 2022 23:44:00 | Jh Portfolio Debt Equities LLc, 5757 Phantom Dr Ste 225, Hazelwood, MO 63042-2429 |
| 14694544 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 28 2022 23:43:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14769744 | + | Email/Text: BKelectronicnotices@cenlar.com | Nov 28 2022 23:44:00 | LoanDepot.com, LLC, c/o Cenlar FSB, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 14694545 | + | Email/Text: bknotification@loandepot.com | Nov 28 2022 23:44:00 | Loandepot.com, 26642 Towne Centre Dr, Foothill Ranch, CA 92610-2808 |
| 14736850 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 28 2022 23:44:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14736814 | | Email/PDF: pa_dc_ed@navient.com | Nov 28 2022 23:46:43 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14694546 | + | Email/Text: bankruptcynotices@psecu.com | Nov 28 2022 23:44:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 14705644 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 28 2022 23:57:30 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14694807 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 28 2022 23:57:30 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14755265 | + | Email/Text: bankruptcynotices@psecu.com | Nov 28 2022 23:44:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 14765326 | | Email/Text: bnc-quantum@quantum3group.com | Nov 28 2022 23:44:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14770059 | + | Email/Text: RASEBN@raslg.com | Nov 28 2022 23:43:00 | USAA SAVINGS BANK, Robertson, Anschutz, Schneid, Crane, & Partners, PLLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14694547 | | Email/Text: bkelectronicnotices@usaa.com | Nov 28 2022 23:43:00 | Usaa Savings Bank, Po Box 47504, San Antonio, TX 78265 |
| 14727620 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 28 2022 23:47:04 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | LoanDepot.com, LLC |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14694549 | *+ | Aes/chase Bank, Pob 61047, Harrisburg, PA 17106-1047 |
| 14694550 | *+ | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 14694551 | *+ | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14694552 | *+ | Capital One Auto Finance, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

Case 17-10978-JAD    Doc 61    Filed 11/30/22    Entered 12/01/22 00:25:18    Desc Imaged
Certificate of Notice    Page 7 of 7

| District/off: 0315-1 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 28, 2022 | Form ID: pdf900 | Total Noticed: 35 |

| 14694553 | *+ | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 14694554 | *+ | Citibank/Best Buy, Citicorp/Centralized Bankruptcy, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14694555 | *+ | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 14694556 | *+ | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14694557 | *+ | Dept Of Ed/Navient, Attn: Claims Dept, P.O. Box 9635, Wilkes Barr, PA 18773-9635 |
| 14694558 | *+ | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14694559 | *+ | Jh Portfolio Debt Equities LLc, 5757 Phantom Dr Ste 225, Hazelwood, MO 63042-2429 |
| 14694560 | *+ | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14694561 | *+ | Loandepot.com, 26642 Towne Centre Dr, Foothill Ranch, CA 92610-2808 |
| 14694562 | *+ | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 14694563 | * | Usaa Savings Bank, Po Box 47504, San Antonio, TX 78265 |
| 14694564 | *+ | Wffnatbank, Po Box 94498, Las Vegas, NV 89193-4498 |

TOTAL: 1 Undeliverable, 17 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2022          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2022 at the address(es) listed below:**

**Name**          **Email Address**

Brian Nicholas
          on behalf of Creditor LoanDepot.com  LLC bnicholas@kmllawgroup.com

Charles Griffin Wohlrab
          on behalf of Creditor USAA Federal Savings Bank cwohlrab@raslg.com

Office of the United States Trustee
          ustpregion03.pi.ecf@usdoj.gov

Rebeka Seelinger
          on behalf of Debtor Rusty A. Martineau rebeka@seelingerlaw.com

Ronda J. Winnecour
          cmecf@chapter13trusteewdpa.com

TOTAL: 5