IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

**FILED**
1/11/23 1:55 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
    RUSTY A. MARTINEAU

        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:17-10978 JAD

Chapter 13

Related to ECF No. 58

**DEFAULT O/E JAD**

ORDER OF COURT

AND NOW, this 11th -day of January, 2023, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____ jah
JEFFERY A. DELLER
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 17-10978-JAD

Rusty A. Martineau     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 3
Date Rcvd: Jan 11, 2023     Form ID: pdf900     Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rusty A. Martineau, 917 Aris Drive, Erie, PA 16505-1207 |
| cr | + | USAA Federal Savings Bank, Weinstein & Riley, P.S., 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 15498602 | + | LoanDepot.com, LLC, P.O. Box 250009, Plano, TX 75025-0009 |
| 14694548 | + | Wffnatbank, Po Box 94498, Las Vegas, NV 89193-4498 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 12 2023 00:17:59 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 12 2023 00:17:39 | Capital One Auto Finance, a division of Capital On, c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave., Dept. APS, Oklahoma City, OK 73118-7901 |
| 14694533 | + | Email/Text: bncnotifications@pheaa.org | Jan 12 2023 00:11:00 | Aes/chase Bank, Pob 61047, Harrisburg, PA 17106-1047 |
| 14705980 | | Email/Text: ally@ebn.phinsolutions.com | Jan 12 2023 00:11:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14694534 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 12 2023 00:11:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 14694535 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 12 2023 00:17:58 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14695774 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 12 2023 00:17:50 | Capital One Auto Finance, c/o AIS Portfolio Services, LP f/k/a AIS, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14694536 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jan 12 2023 00:18:00 | Capital One Auto Finance, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14736799 | | Email/PDF: bncnotices@becket-lee.com | Jan 12 2023 00:18:03 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14694537 | + | Email/Text: bankruptcy@cavps.com | Jan 12 2023 00:12:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 14737346 | + | Email/Text: bankruptcy@cavps.com | Jan 12 2023 00:12:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14694538 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 12 2023 00:17:52 | Citibank/Best Buy, Citicorp/Centralized Bankruptcy, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14694539 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 12 2023 00:18:03 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S |

Case 17-10978-JAD  Doc 66  Filed 01/13/23  Entered 01/14/23 00:29:11  Desc Imaged
Certificate of Notice  Page 3 of 4

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 11, 2023 | Form ID: pdf900 | Total Noticed: 35 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Louis, MO 63179-0040 |
| 14694540 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 12 2023 00:17:41 | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14694541 | + | Email/PDF: pa_dc_ed@navient.com | Jan 12 2023 00:17:59 | Dept Of Ed/Navient, Attn: Claims Dept, P.O. Box 9635, Wilkes Barr, PA 18773-9635 |
| 14699405 | | Email/Text: mrdiscen@discover.com | Jan 12 2023 00:11:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14694542 | + | Email/Text: mrdiscen@discover.com | Jan 12 2023 00:11:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14694543 | + | Email/Text: bknotificationdistribution@jhcapitalgroup.com | Jan 12 2023 00:12:00 | Jh Portfolio Debt Equities LLc, 5757 Phantom Dr Ste 225, Hazelwood, MO 63042-2429 |
| 14694544 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 12 2023 00:11:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14769744 | + | Email/Text: BKelectronicnotices@cenlar.com | Jan 12 2023 00:11:00 | LoanDepot.com, LLC, c/o Cenlar FSB, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 14694545 | + | Email/Text: bknotification@loandepot.com | Jan 12 2023 00:12:00 | Loandepot.com, 26642 Towne Centre Dr, Foothill Ranch, CA 92610-2808 |
| 14736850 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 12 2023 00:12:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14736814 | | Email/PDF: pa_dc_ed@navient.com | Jan 12 2023 00:17:39 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14694546 | + | Email/Text: bankruptcynotices@psecu.com | Jan 12 2023 00:12:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 14705644 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 12 2023 00:17:39 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14694807 | + | Email/PDF: rmscedi@recoverycorp.com | Jan 12 2023 00:17:51 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14755265 | + | Email/Text: bankruptcynotices@psecu.com | Jan 12 2023 00:12:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 14765326 | | Email/Text: bnc-quantum@quantum3group.com | Jan 12 2023 00:12:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14770059 | + | Email/Text: RASEBN@raslg.com | Jan 12 2023 00:11:00 | USAA SAVINGS BANK, Robertson, Anschutz, Schneid, Crane, & Partners, PLLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14694547 | | Email/Text: bkelectronicnotices@usaa.com | Jan 12 2023 00:11:00 | Usaa Savings Bank, Po Box 47504, San Antonio, TX 78265 |
| 14727620 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 12 2023 00:17:39 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LoanDepot.com, LLC |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14694549 | *+ | Aes/chase Bank, Pob 61047, Harrisburg, PA 17106-1047 |
| 14694550 | *+ | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 14694551 | *+ | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14694552 | *+ | Capital One Auto Finance, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

Case 17-10978-JAD    Doc 66    Filed 01/13/23    Entered 01/14/23 00:29:11    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0315-1 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 11, 2023 | Form ID: pdf900 | Total Noticed: 35 |

| | | |
|---|---|---|
| 14694553 | *+ | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 14694554 | *+ | Citibank/Best Buy, Citicorp/Centralized Bankruptcy, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14694555 | *+ | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 14694556 | *+ | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14694557 | *+ | Dept Of Ed/Navient, Attn: Claims Dept, P.O. Box 9635, Wilkes Barr, PA 18773-9635 |
| 14694558 | *+ | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14694559 | *+ | Jh Portfolio Debt Equities LLc, 5757 Phantom Dr Ste 225, Hazelwood, MO 63042-2429 |
| 14694560 | *+ | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14694561 | *+ | Loandepot.com, 26642 Towne Centre Dr, Foothill Ranch, CA 92610-2808 |
| 14694562 | *+ | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 14694563 | * | Usaa Savings Bank, Po Box 47504, San Antonio, TX 78265 |
| 14694564 | *+ | Wffnatbank, Po Box 94498, Las Vegas, NV 89193-4498 |

TOTAL: 1 Undeliverable, 17 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2023         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LoanDepot.com LLC bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor USAA Federal Savings Bank cwohlrab@raslg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebeka Seelinger | on behalf of Debtor Rusty A. Martineau rebeka@seelingerlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5