**loanDepot**
NMLS#174457

P.O. Box 251612
Plano, TX 75025

Date: 08/22/2022
Loan Number:

Visit **loanDepot.com** to make a payment online.

Customer Service: 866-258-6572

RUSTY MARTINEAU
917 ARIS DRIVE
ERIE, PA  16505

PAGE 1 OF 4

## ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

As you know, we are required to maintain an escrow account which is used to pay your real estate taxes and/or insurance premiums. This account must be analyzed annually to determine whether enough funds are being collected monthly, and whether the account has a shortage or surplus based on the anticipated activity.

### PRESENT & CURRENT LOAN PAYMENT

| Your Present Payment Consists of: | | Your New Loan Payment Consists of: | |
|---|---|---|---|
| Principal & Interest (P&I) | $717.83 | Principal & Interest (P&I) | $717.83 |
| Escrow Deposit | $362.93 | Escrow Deposit | $356.45 |
| Total Loan Payment | $1,080.76 | New Loan Payment Beginning 12/01/22 | $1,074.28 |

Important Notes:

**Adjustable Rate Mortgage Customers:** If your loan has an adjustable interest rate your monthly principal and interest payment may change prior to your Escrow Analysis.

TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED OR IS SUBJECT TO THE AUTOMATIC STAY IN A BANKRUPTCY PROCEEDING, THIS LOAN STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT INDEBTEDNESS AS YOUR PERSONAL OBLIGATION.

Should you have any questions about this Escrow analysis, please call our Customer Service Department at 866-258-6572.

### ANTICIPATED ANNUAL DISBURSEMENTS

These are the escrow items we anticipate we will collect for and pay on your behalf in the upcoming 12 month period. The dollar amount shown may be the last amount actually paid for that item, or may project the next amount due as defined by Federal law. Based on these anticipated disbursements, the amount of your escrow deposit is calculated and displayed here.

| Bills due in the upcoming year: | | |
|---|---|---|
| | HAZARD INSURANCE | $871.00 |
| | CITY TAX PAYMENT | $1,335.58 |
| | SCHOOL TAX P | $2,070.82 |
| **Annual Disbursements:** | | $4,277.40 |
| **One-Twelfth/Monthly Amount:** | | $356.45 |

## ACCOUNT HISTORY

The following statement of activity in your escrow account from May 03, 2022 through November 30, 2022 displays actual activity as it occurred in your escrow account during that period. Your monthly payment was $1,080.76 and $362.93 went into your escrow account. If you received Account Projections with a prior analysis, they are included again here for comparison.

| Month | Payments | | Disbursements | | | | Balances | |
| | Projected | Actual | Projected | Actual | Description | | Projected Escrow Account Balance | Actual Escrow Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Beginning Balance: | $0.00 | $1,739.50 |
| June | 0.00 | 362.93* | 0.00 | $0.00 | | | $0.00 | $2,102.43 |
| July | 0.00 | 362.93* | 0.00 | $0.00 | | | $0.00 | $2,465.36 |
| August | 0.00 | 362.93* | 0.00 | $2,070.82* | SCHOOL TAX P | | $0.00 | $757.47 |
| September | 0.00 | 362.93*E | 0.00 | $0.00E | | | $0.00 | $1,120.40 |
| October | 0.00 | 362.93*E | 0.00 | $871.00*E | HAZARD INS | | $0.00 | $612.33 |
| November | 0.00 | 362.93*E | 0.00 | $0.00E | | | $0.00 | $975.26 |

An asterisk (*) beside an amount indicates a difference from projected activity either in the amount or the date. The letter E beside an amount indicates that the payment or disbursement has not yet occurred, but is estimated to occur as shown.

Last year we anticipated that Disbursements would be made from your Escrow Account during the period equaling $0.00. Under Federal Law, your lowest monthly balance should not have exceeded $0.00, or 1/6th of total anticipated payments from the account, unless your loan contract or State Law specifies a lower amount.

Under your loan contract and State law your lowest balance should not have exceeded $0.00.



## ACCOUNT PROJECTIONS

The following estimate of activity in your escrow account from December 2022 through November 2023 is provided for your information. All payments we anticipate receiving as well as disbursements we anticipate making on your behalf are included, along with the Projected Escrow Account Balance, derived by carrying forward your current actual escrow balance. The Required Escrow Account Balance displays the amount actually required to be on hand as specified by Federal law, State law and your loan documents, and may include a cushion of up to 1/6th of your Annual Disbursements. Please retain this statement for comparison with the actual activity in your account at the end of the next escrow account computation year.

**Anticipated Amount**

| | Payments | | Disbursements | | | | Balances | |
|---|---|---|---|---|---|---|---|---|
| Month | Projected | Actual | Projected | Actual | Description | | Projected Escrow Account Balance | Required Escrow Account Balance |
| | | | | | | Beginning Balance: | $975.26 | $356.45 |
| December | $356.45 | | $0.00 | | | | $1,331.71 | $712.90 |
| January | $356.45 | | $0.00 | | | | $1,688.16 | $1,069.35 |
| February | $356.45 | | $0.00 | | | | $2,044.61 | $1,425.80 |
| March | $356.45 | | $0.00 | | | | $2,401.06 | $1,782.25 |
| April | $356.45 | | $1,335.58 | | CITY TAX PMT | | $1,421.93 | $803.12 |
| May | $356.45 | | $0.00 | | | | $1,778.38 | $1,159.57 |
| June | $356.45 | | $0.00 | | | | $2,134.83 | $1,516.02 |
| July | $356.45 | | $0.00 | | | | $2,491.28 | $1,872.47 |
| August | $356.45 | | $2,070.82 | | SCHOOL TAX P | | $776.91 | $158.10 |
| September | $356.45 | | $0.00 | | | | $1,133.36 | $514.55 |
| October | $356.45 | | $871.00 | | HAZARD INS | | $618.81 | $0.00 * |
| November | $356.45 | | $0.00 | | | | $975.26 | $356.45 |

Your Projected Escrow Account Balance as of November 30, 2022 is $975.26.  Your Required Beginning Escrow Balance according to this analysis should be $356.45

This means you have a Surplus of $618.81. This surplus must be returned to you unless it is less than $15.00, in which case we have the additional option of keeping it and lowering your monthly payments accordingly.  If applicable, the surplus check will be mailed to you separately.

Once during this period, your Required Escrow Account Balance should be reduced to $0.00 as shown in October.  The amount represents the cushion selected by us as allowed by your loan contract, Federal and State law.

**This communication is from a debt collector and is an attempt to collect a debt, any information obtained will be used for that purpose.**

**NOTICE REGARDING DEBT DISCHARGED IN BANKRUPTCY** –If you have received a discharge of your personal liability in connection with the mortgage loan referenced in this notice, this notice is for informational purposes only and is not an attempt to collect a debt that has been discharged as the result of a bankruptcy proceeding. You no longer have any personal liability in connection with this mortgage loan and nothing in this notice is intended to state or imply otherwise. This notice is being sent with respect to our lien rights against the mortgaged property only. Any action taken is for the sole purpose of protecting our lien interest in the mortgaged property including the right to foreclose the mortgaged property. If you wish to retain your property, you may pay the amount due under the loan. Failure to make such payments to retain your property may only result in our exercising any lien rights against the mortgaged property and will not result in any personal liability to you.

**NOTICE REGARDING THE BANKRUPTCY AUTOMATIC STAY** –This notice is for informational purposes only and is not an attempt to collect a debt in violation of the bankruptcy automatic stay. If you are in an active bankruptcy, your loan will be administered in your bankruptcy case. You have no affirmative obligation to respond to this notice, but we do ask that you provide us with your bankruptcy case number, chapter, jurisdiction, and your attorney's name and phone number so that we may properly code your account to reflect your active bankruptcy case status

Notifications of error, requests for information or qualified written requests concerning your loan must be directed to:

loanDepot
P.O. Box 251027
Plano, TX 75025