# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Rusty A. Martineau**<br>                      **Debtor(s)**<br><br>**LoanDepot.com, LLC**<br>                      **Movant**<br>     vs.<br><br>**Rusty A. Martineau**<br>                      **Debtor(s)**<br><br>**Ronda J. Winnecour**,<br>                      **Trustee** | **BK NO. 17-10978 JAD**<br><br>**Chapter 13**<br><br>**Related to Claim No. 14** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on October 4, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Rusty A. Martineau
917 Aris Drive
Erie, PA 16505

Attorney for Debtor(s)
Rebeka Seelinger, 4640 Wolf Road
Erie, PA 16505

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

Method of Service: electronic means or first class mail

Dated: October 4, 2022

                                                            **/s/Brian C. Nicholas Esquire**
                                                            Brian C. Nicholas Esquire
                                                            Attorney I.D. 317240
                                                            KML Law Group, P.C.
                                                            BNY Mellon Independence Center
                                                            701 Market Street, Suite 5000
                                                            Philadelphia, PA 19106
                                                            201-549-5366
                                                            bnicholad@kmllawgroup.com